1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Sonia E. Espinoza

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 SONIA E. ESPINOZA,           ) Case No.: CV 09-6016 FMO
                                )
11         Plaintiff,           ) ORDER AWARDING EQUAL
                                ) ACCESS TO JUSTICE ACT
12     vs.                      ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,           ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                              )
           Defendant            )
15                              )
                                )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,400.00 as

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

-1-

1  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

2  DATE:    11/12/10

3  _____ /s/_____
    THE HONORABLE FERNANDO M. OLGUIN
4   UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Steven G. Rosales
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Sonia E. Espinoza